IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS H. SACHY, *et al.*,<br><br>    *Defendants.* | CRIMINAL ACTION NO.<br>5:18-cr-00048-TES-CHW |

ORDER DECLARING CASE COMPLEX

Before the Court is the Government's Motion to Declare Case Complex pursuant to 18 U.S.C. § 3161(h)(7)(B), Extend Deadlines in the Standard Pretrial Order, and Specially Set Trial [Doc. 82]. The Grand Jury indicted Defendants Thomas H. Sachy, Maureen Sachy, Evelyne Ennis, and Brandy Lynn Hamilton ("Defendants") on June 13, 2018, with six counts, including conspiracy to distribute and dispense controlled substances, two counts of unlawful dispensation and distribution of controlled substances resulting in death and serious bodily injury, unlawful dispensation and distribution of controlled substances, maintaining a drug involved premises, and a money laundering conspiracy. [Doc. 82, at 1]. Each Defendant has had their initial appearances and arraignments, and each Defendant has entered a plea of not guilty. *See* [Docs. 19, 32, 49, 50]. Defendant Thomas H. Sachy has been in custody since his arrest on June 26, 2018, however, the remaining Defendants are on pre-trial release. [Doc. 82, at 2 citing [Doc. 42]].

The Government indicates that this case involves allegations of conspiracy to unlawfully dispense and distribute controlled substances and a five-year money laundering conspiracy. [Doc. 82, at 2, citing [Doc. 1, at ¶¶ 15, 28]]. In light of the multi-year investigation involving numerous medical and prescription records, patient files, death investigation records, bank records, investigative reports, several search warrants, and a number of additional categories of investigative material relevant to this case, the Government asserts that the "discovery is voluminous" and "complex." [Doc. 82, at 2]. So that the parties may effectively prepare for trial or plea negotiations, the Government, with the consent of each Defendant, requests that the Court: (1) declare this case complex; (2) extend deadlines for discovery; (3) extend deadlines for filing pre-trial motions; and (4) specially set this case for trial. [*Id.* at 4].

Due to the nature of the indictment against the Defendants as well as the nature and volume of discovery, the above-captioned matter is certified as complex. *See* 18 U.S.C § 3161(h)(7)(A) and (h)(7)(B)(ii). For that reason, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendants in a speedy trial, and the Court **GRANTS** the Motion to Declare Case Complex [Doc. 82]. Accordingly, the Court **TERMINATES** the deadlines set forth in the Standard Pretrial Orders [Docs. 51, 53, 54, 60]. This case having been set to begin trial on August 12, 2019, the parties shall submit to the Court for consideration a Proposed Amended Scheduling Order with revised discovery and pre-trial motion deadlines as well as a date for a

2

Pretrial Conference which shall be held *before* Thursday, July 11, 2019. The delay occasioned by this Order shall be deemed **EXCLUDABLE**. *See* 18 U.S.C. § 3161(h).

**SO ORDERED**, this 12th day of September, 2018.

_____
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT